**Order entered January 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01278-CV

### FREDERICK BROWN, Appellant

### V.

### NATIONSTAR MORTGAGE, LLC, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03045-D**

## ORDER

We **GRANT** appellant's January 28, 2015 motion for an extension of time to file an amended brief. Appellant shall file an amended brief by **FEBRUARY 23, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE